IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES MACK**                                                  **PLAINTIFF**

**V.**                                                    **NO. 4:15CV50-DMB-SAA**

**ROGER DAVIS, STANLEY BROOKS,**
**EARNEST LEE, and CHRIS BLAINE**                         **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated July 8, 2015, and the objection thereto, the Court finds that Plaintiff's objection is without merit, and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED** that:

1. Plaintiff's objection [16] to the Magistrate Judge's Report and Recommendation is **OVERRULED**;

2. The Report and Recommendation [18] of the Magistrate Judge dated July 8, 2015, is hereby **APPROVED AND ADOPTED** as the opinion of the Court;

3. Plaintiff's claims against Defendants are **DISMISSED**; and

4. This case is **CLOSED**.

**SO ORDERED**, this 7th day of August, 2015.

                                                         /s/ Debra M. Brown
                                                         **UNITED STATES DISTRICT JUDGE**